United States District Court
Southern District of Texas
**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DANIEL LOEBSACK ET AL,
*Plaintiffs,*

V.

THE DUFRESNE SPENCER GROUP, LLC,
*Defendant.*

CIVIL ACTION NO. 4:21-cv-01884

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 11, 2022 (Dkt. 36) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this __26th__ day of July, 2022..

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE