IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**DANIEL LOEBSACK, ROBERT HASTINGS,**　　　　　　　　　　　　**PLAINTIFFS**
**and ARIANA ROSE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.　　　　　　　　　　No. 4:21-cv-1884-SL

**THE DUFRESNE SPENCER GROUP, LLC**　　　　　　　　　　**DEFENDANT**

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiffs Daniel Loebsack, Robert Hastings, and Ariana Rose, each individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kimberly Cheeseman, Esq.
Jesika Silva Blanco, Esq.
Carolyn E. Webb, Esq.
Fulbight Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com
carolyn.webb@nortonrosefulbright.com

*/s/ Colby Qualls*
**Colby Qualls**