IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**DANIEL LOEBSACK, ROBERT HASTINGS,**  **PLAINTIFFS**
**and ARIANA ROSE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.   No. 4:21-cv-1884-SL

**THE DUFRESNE SPENCER GROUP, LLC**   **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF ARIANA ROSE WITHOUT PREJUDICE

Plaintiffs Daniel Loebsack, Robert Hastings, and Ariana Rose, each individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant The Dufresne Spencer Group, LLC ("Defendant"), by and through their undersigned counsel, for their Joint Stipulation of Dismissal of Plaintiff Ariana Rose, the Parties state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Plaintiff Ariana Rose without prejudice.

2. The dismissal of Plaintiff Ariana Rose is not intended to, and will not, affect the claims of any other Plaintiffs.

3. The Parties hereby stipulate to the dismissal of Plaintiff Ariana Rose from this case without prejudice.

Page 1 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
Joint Stipulation of Dismissal of Plaintiff Ariana Rose without Prejudice

Respectfully submitted,

**DANIEL LOEBSACK, ROBERT HASTINGS, and ARIANA ROSE, Each Individually and on behalf of All Others Similarly Situated, PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **THE DUFRESNE SPENCER GROUP, LLC, DEFENDANT**

NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*/s/ Kimberly Cheeseman*
Kimberly Cheeseman
Texas Bar No. 24082809
Kimberly.cheeseman@nortonrosefulbright.com

Jesika Silva Blanco
Texas Bar No. 24098428

Page 2 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
**Joint Stipulation of Dismissal of Plaintiff Ariana Rose without Prejudice**

Jesika.blanco@nortonrosefulbright.com

Carolyn Webb
Texas Bar No. 24106558
Carolyn.webb@nortonrosefulbright.com

**Page 3 of 4**
**Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC**
**U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL**
**Joint Stipulation of Dismissal of Plaintiff Ariana Rose without Prejudice**

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing Joint Stipulation was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kimberly Cheeseman, Esq.
Jesika Silva Blanco, Esq.
Carolyn E. Webb, Esq.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com
carolyn.webb@nortonrosefulbright.com

                                                    */s/ Colby Qualls*
                                                    **Colby Qualls**

Page 4 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
**Joint Stipulation of Dismissal of Plaintiff Ariana Rose without Prejudice**