IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**DANIEL LOEBSACK, ROBERT HASTINGS,**  **PLAINTIFFS**
**and ARIANA ROSE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs. No. 4:21-cv-1884-SL

**THE DUFRESNE SPENCER GROUP, LLC**  **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN

Plaintiffs Daniel Loebsack, Robert Hastings, and Ariana Rose, each individually and on behalf of all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, for their Notice of Withdrawal of Consents of Opt-Ins Candy Febres, Carlos Trevino, Carrie Trammell, Conner Kuzniar, Feliciano Mancilla III, Heather Edwards, Isaac Rodriguez, Jennifer Wilkinson, Kayla Aponte, Kevin Lemke, Samantha Davenport, Trystan Baker, and Darian Baker, state and allege as follows:

1. Opt-In Candy Febres hereby withdraws her Consent to Join (ECF No. 47, p. 2) and her consent to participate in this action.

2. Opt-In Carlos Trevino hereby withdraws his Consent to Join (ECF No. 46, p. 8) and his consent to participate in this action.

3. Opt-In Carrie Trammell hereby withdraws her Consent to Join (ECF No. 53, p. 2) and her consent to participate in this action.

4. Opt-In Conner Kuzniar hereby withdraws his Consent to Join (ECF No. 47, p. 3) and his consent to participate in this action.

5. Opt-In Feliciano Mancilla III hereby withdraws his Consent to Join (ECF No.

Page 1 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
Notice of Withdrawal of Consents to Join

49, p. 5) and his consent to participate in this action.

  6. Opt-In Heather Edwards hereby withdraws her Consent to Join (ECF No. 49, p. 2) and her consent to participate in this action.

  7. Opt-In Isaac Rodriguez hereby withdraws his Consent to Join (ECF No. 58, p. 1) and his consent to participate in this action.

  8. Opt-In Jennifer Wilkinson hereby withdraws her Consent to Join (ECF No. 46, p. 10) and her consent to participate in this action.

  9. Opt-In Kayla Aponte hereby withdraws her Consent to Join (ECF No. 46, p. 2) and her consent to participate in this action.

  10. Opt-In Kevin Lemke hereby withdraws his Consent to Join (ECF No. 49, p. 4) and his consent to participate in this action.

  11. Opt-In Samantha Davenport hereby withdraws her Consent to Join (ECF No. 47, p. 1) and her consent to participate in this action.

  12. Opt-In Trystan Baker hereby withdraws his Consent to Join (ECF No. 50, p. 1) and his consent to participate in this action.

  13. Opt-In Darian Baker hereby withdraws his Consent to Join (ECF No. 46, p. 3) and his consent to participate in this action.

Page 2 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
Notice of Withdrawal of Consents to Join

Respectfully submitted,

**DANIEL LOEBSACK, ROBERT HASTINGS, and ARIANA ROSE,**
Each Individually and on behalf of All Others Similarly Situated,
**PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 3 of 4
Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
Notice of Withdrawal of Consents to Join

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kimberly Cheeseman, Esq.
Jesika Silva Blanco, Esq.
Carolyn E. Webb, Esq.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com
carolyn.webb@nortonrosefulbright.com

                                                                           */s/ Colby Qualls*
                                                                           **Colby Qualls**

Page 4 of 4
**Daniel Loebsack, et al. v. The Dufresne Spencer Group, LLC**
U.S.D.C. (S.D. Tex.) No. 4:21-cv-1884-SL
Notice of Withdrawal of Consents to Join