IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**DANIEL LOEBSACK, ROBERT HASTINGS,**                  **PLAINTIFFS**
**and ARIANA ROSE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.                  No. 4:21-cv-1884-SL

**THE DUFRESNE SPENCER GROUP, LLC**                  **DEFENDANT**

**<u>UNOPPOSED MOTION TO WITHDRAW—JOSH SANFORD</u>**

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

1.    Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.    As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 69), he will remain as counsel of record on behalf of Plaintiffs.

3.    Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiffs, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiffs.

4.    This request is not being sought for the purpose of delay and will not prejudice either party.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, do hereby certify that counsel for Plaintiffs communicated with Defendant's counsel about whether Defendant would oppose this Motion. Per Defendant's counsel, this Motion is **unopposed**.

*/s/ Josh Sanford*  
**Josh Sanford**

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.  
FORESTER HAYNIE, PLLC  
400 North Saint Paul Street, Suite 700  
Dallas, Texas 75201  
Telephone: (214) 210-2100  
cqualls@foresterhaynie.com

Kimberly Cheeseman, Esq.  
Jesika Silva Blanco, Esq.  
Carolyn E. Webb, Esq.  
Fulbright Tower  
1301 McKinney, Suite 5100  
Houston, Texas 77010-3095  
Telephone: (713) 651-5151  
Facsimile: (713) 651-5246  
kimberly.cheeseman@nortonrosefulbright.com  
jesika.blanco@nortonrosefulbright.com  
carolyn.webb@nortonrosefulbright.com

*/s/ Josh Sanford*  
**Josh Sanford**