IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**DANIEL LOEBSACK, ROBERT HASTINGS, ARIANA ROSE and ERIK WISE, Each Individually and on Behalf of All Others Similarly Situated**　　　　　**PLAINTIFFS**

vs.　　　　　No. 4:21-cv-1884-SL

**THE DUFRESNE SPENCER GROUP, LLC**　　　　　**DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Before the Court is Plaintiffs' Attorney Josh Sanford's Unopposed Motion to Withdraw as Counsel ("Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Josh Sanford is to be relieved as counsel for Plaintiffs and that his appearance is withdrawn.

It is so **ORDERED.**

Signed this _____ day of August 2023.

_____
**HON. _____
UNITED STATES _____ JUDGE**