United States District Court
Southern District of Texas
**ENTERED**
September 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL LOEBSACK, ROBERT HASTINGS, ARIANA ROSE, and ERIK WISE, Each Individually And on Behalf Of All Others Similarly Situated, | § § § § § § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 4:21-cv-01884 |
| | § | |
| THE DUFRESNE SPENCER GROUP, LLC, | § § § § | |
| *Defendant.* | § | |

## ORDER

The Court having considered Defendant's Opposed Motion for Extension of Deadlines, all responses and replies thereto, and the arguments of counsel, if any, hereby GRANTS the Motion.

IT IS FURTHER ORDERED that the new governing deadlines are as follows:

    a.    **Discovery Deadline:** December 6, 2023

    b.    **Pretrial Dispositive Motions:** January 19, 2024

    c.    **All Other Pretrial Motions Including Motions In Limine:** February 16, 2024

    d.    The deadline for the Joint Pretrial Order and Docket Call remain unchanged.

Signed on September 18, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge