IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Daniel Loebsack. and Robert Hastings, § § § § Plaintiffs, § § v. § § The Dufresne Spencer Group, LLC, § § Defendant. § | Civil Action No. H-21-1884 |

**ORDER**

On February 17, 2025, the Parties filed a Joint Notice of Settlement (docket no. 92) announcing that a settlement has been reached in this action with Plaintiffs, Daniel Loebsack and Robert Hastings., and Defendant, The Dufresne Spencer Group, LLC.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within fort-five (45) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 18th day of February, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE