United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Daniel Loebsack. and Robert Hastings, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-21-1884 |
| The Dufresne Spencer Group, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On July 18, 2025, Plaintiff, Daniel Loebsack and Robert Hasings, and Defendant, The Dufresne Spencer Group, LLC, filed a joint Stipulation of Dismissal with Prejudice (docket no. 94) asserting that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 21st day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE